UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BO AVERY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>TEKSYSTEMS, INC.,<br><br>   Defendant. | Case No. 22-cv-02733-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the initial case management conference held on October 13, 2022, the Court orders as follows:

| | |
|---|---|
| Deadline to Move for Class Certification: | August 4, 2023 |
| Defendant's Class Cert. Opposition Deadline: | September 15, 2023 |
| Plaintiff's Reply Deadline: | October 13, 2023 |
| In Person Hearing: | November 9, 2023 10:00 a.m. |

The Court will hold a further case management conference on February 9, 2023 at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance. The Court will be especially interested in the parties' thoughts on the timing of alternative dispute resolution.

**IT IS SO ORDERED.**

Dated: October 13, 2022

JACQUELINE SCOTT CORLEY
United States District Judge