Rachel Bien (SBN 315886)
OLIVIER & SCHREIBER LLP
595 E. Colorado Blvd., Suite 418
Pasadena, CA 91101
Tel: (213) 325-3430
Email: rachel@os-legal.com

Sally J. Abrahamson (admitted *pro hac vice*)
WERMAN SALAS P.C.
335 18th Place NE
Washington, D.C. 20002
Tel: (202) 830-2016
Email: sabrahamson@flsalaw.com

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BO AVERY, PHOEBE RODGERS, KRISTY CAMILLERI AND JILL UNVERFERTH, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>TEKSYSTEMS, INC.,<br><br>　　　　　　Defendant. | Case No. 3:22-cv-02733-JSC<br><br>**PLAINTIFFS' MOTION FOR APPROVAL OF PROPOSED CLASS NOTICE**<br><br>Date:　　　April 17, 2024<br>Time:　　　11 a.m.<br>Courtroom: Zoom videoconference<br><br>Judge: Hon. Jacqueline Scott Corley |

On March 14, 2024, the Court ordered the Parties to submit their proposed Notice of Class Action Lawsuit ("Class Notice") and the name of the Class Notice Administrator on or before April 5, 2024. ECF No. 91. The Parties have reached an agreement on the Class Notice, which is attached as Exhibit A. Plaintiffs have retained Analytics Consulting LLC to disseminate and administer the Class Notice.

Plaintiffs respectfully request the Court approve the agreed-upon proposed Class Notice, which is attached as Exhibit A.

Dated: April 2, 2024

Respectfully submitted,

/s/ Sally J. Abrahamson
Sally J. Abrahamson (admitted *pro hac vice*)
WERMAN SALAS P.C.
335 18th Place NE
Washington, D.C. 20002
Tel: (202) 830-2016
Email: sabrahamson@flsalaw.com

Maureen A. Salas (admitted *pro hac vice*)
WERMAN SALAS P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602
Tel: (312) 487-5221
Email: msalas@flsalaw.com

Sarah Schalman-Bergen (admitted *pro hac vice*)
Krysten Connon (admitted *pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: 617-994-5830
Email: ssb@llrlaw.com
Email: kconnon@llrlaw.com

Rachel Bien (SBN 315886)
OLIVIER & SCHREIBER LLP
595 E. Colorado Blvd., Suite 418
Pasadena, CA 91101
Tel: (213) 325-3430
Email: rachel@os-legal.com

*Attorneys for Plaintiffs and the Class*