Rachel Bien (SBN 315886)
OLIVIER & SCHREIBER LLP
595 E. Colorado Blvd., Suite 418
Pasadena, CA 91101
Tel: (213) 325-3430
Email: rachel@os-legal.com

Sally J. Abrahamson (admitted *pro hac vice*)
WERMAN SALAS P.C.
335 18th Place NE
Washington, D.C. 20002
Tel: (202) 830-2016
Email: sabrahamson@flsalaw.com

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BO AVERY, PHOEBE RODGERS, KRISTY CAMILLERI AND JILL UNVERFERTH, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>TEKSYSTEMS, INC.,<br><br>         Defendant. | Case No. 3:22-cv-02733-JSC<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' RESPONSES TO DEFENDANT'S OBJECTIONS TO THE DECLARATION OF SALLY J. ABRAHAMSON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Plaintiffs seek leave to file Plaintiffs' Responses to Defendant's Objections to the Declaration of Sally J. Abrahamson in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment ("Responses"). The proposed Responses are attached hereto as **Exhibit A**.

Good cause exists to grant this request for leave. Plaintiffs' Responses to Defendant's Objections identify specific testimony already in the record that demonstrates that Plaintiffs'

evidence in support of their Reply in Support of Partial Motion for Summary Judgment does not contradict prior testimony or misstate testimony, and is otherwise not objectionable.

Civil Local Rule 7-3(d) states in relevant part that "[o]nce a reply is filed, no additional memoranda, papers, or letters may be filed without prior Court approval, except . . . if new evidence has been submitted in the reply, the opposing party may file and serve an Objection to Reply Evidence . . ." Therefore, Plaintiffs require leave of this Court to file their Responses to Defendant's Objections, and a stipulation could not be obtained pursuant to Civil Local Rule 7-12. *See* Declaration of Sally J. Abrahamson in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Responses to Defendant's Objections to the Declaration of Sally J. Abrahamson in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment at ¶ 2.

For all the reasons stated above, Plaintiffs respectfully request that the Court grant leave to file Plaintiffs' Responses to Defendant's Objections to the Declaration of Sally J. Abrahamson in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment.

Dated: August 9, 2024

Respectfully submitted,

/s/ Sally J. Abrahamson
Sally J. Abrahamson (admitted *pro hac vice*)
WERMAN SALAS P.C.
335 18th Place NE
Washington, D.C. 20002
Tel: (202) 830-2016
Email: sabrahamson@flsalaw.com

Douglas M. Werman (admitted *pro hac vice*)
Maureen A. Salas (admitted *pro hac vice*)
Anne Kramer (SBN 315131)
WERMAN SALAS P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602
Tel: (312) 487-5221
Email: dwerman@flsalaw.com
Email: msalas@flsalaw.com
Email: akramer@flsalaw.com

Sarah Schalman-Bergen (admitted *pro hac vice*)

Krysten Connon (admitted *pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: 617-994-5830
Email: ssb@llrlaw.com
Email: kconnon@llrlaw.com

Rachel Bien (SBN 315886)
OLIVIER & SCHREIBER LLP
595 E. Colorado Blvd., Suite 418
Pasadena, CA 91101
Tel: (213) 325-3430
Email: rachel@os-legal.com

*Attorneys for Plaintiffs and the Class*