1  SEYFARTH SHAW LLP
   Brian P. Long (SBN 232746)
2  bplong@seyfarth.com
   601 South Figueroa Street, Suite 3300
3  Los Angeles, California 90017-5793
   Telephone:   (213) 270-9600
4  Facsimile:   (213) 270-9601

5  Andrew L. Scroggins
   (admitted pro hac vice)
6  ascroggins@seyfarth.com
   233 South Wacker Drive, Suite 8000
7  Chicago, Illinois 60606-6448
   Telephone:   (312) 460-5000
8  Facsimile:   (312) 460-7000

9  Attorneys for Defendant
   TEKSYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BO AVERY, PHOEBE RODGERS, KRISTY CAMILLERI, AND JILL UNVERFERTH, individually, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEKSYSTEMS, INC.,<br><br>Defendant. | Case No. 22-cv-02733-JSC<br><br>**DEFENDANT TEKSYSTEMS, INC.'S NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Defendant TEKSYSTEMS, INC. appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Defendant's Motion to Compel Arbitration ("Order"), which was entered on August 21, 2024 (Dkt. 125). The Order is immediately appealable pursuant to 9 U.S.C. § 16(a)(1)(B) and applicable law.

Pursuant to Federal Rules of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, Defendant's Representation Statement is appended hereto.

DATED: September 19, 2024				Respectfully submitted,

						SEYFARTH SHAW LLP


						By: */s/ Brian P. Long*
							Brian P. Long
							Attorneys for Defendant
							TEKsystems, Inc.

313662145v.1

## **REPRESENTATION STATEMENT**

The parties and their respective counsel are as follows:

| Party | Counsel |
|---|---|
| Defendant-Appellant<br>TEKsystems, Inc. | SEYFARTH SHAW LLP<br>Brian P. Long (SBN 232746)<br>bplong@seyfarth.com<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, California 90017-5793<br>Telephone:     (213) 270-9600<br>Facsimile:      (213) 270-9601<br><br>Andrew L. Scroggins (pro hac vice)<br>ascroggins@seyfarth.com<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone:     (312) 460-5000<br>Facsimile:      (312) 460-7000<br><br>Lennon B. Haas<br>Alexander W. Simon (SBN 310842)<br>lhaas@seyfarth.com<br>asimon@seyfarth.com<br>1075 Peachtree Street, N.E., Suite 2500<br>Atlanta, Georgia 30309<br>Telephone: (404) 885-1500<br>Facsimile: (404) |
| Claimant-Appellees<br>Bo Avery, Phoebe Rodgers, Kristy Camilleri, and Jill Unverferth | OLIVIER & SCHREIBER LLP<br>Rachel Bien (SBN 315886)<br>595 E. Colorado Blvd., Suite 418<br>Pasadena, CA 91101<br>Tel: (213) 325-3430<br>Email: rachel@os-legal.com<br><br>WERMAN SALAS P.C.<br><br>Sally J. Abrahamson (pro hac vice)<br>Douglas W. Werman (pro hac vice)<br>335 18th Place NE<br>Washington, D.C. 20002<br>Tel: (202) 830-2016<br>Email: sabrahamson@flsalaw.com<br>Email: dwerman@flsalaw.com<br><br>Sarah Scalman-Bergen (pro hac vice)<br>Krysten Connon (pro hac vice)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston St., Suite 2000<br>Boston, MA 02116<br>Tel: 617-994-5830<br>Email:ssb@llrlaw.com |

| | |
|---|---|
| | Email: kconnon@llrlaw.com<br><br>Maureen A. Salas (pro hac vice)<br>Anne Kramer (SBN 315131)<br>77 W. Washington St., Suite 1402<br>Chicago, IL 60602<br>Tel: (312) 487-5221<br>Email: msalas@flsalaw.com<br>Email: akramer@flsalaw.com |

Dated: September 19, 2024                    SEYFARTH SHAW LLP

By: */s/ Brian P. Long*
   Brian P. Long

Attorneys for Defendant
TEKsystems, Inc.

2