Rachel Bien (SBN 315886)
OLIVIER & SCHREIBER LLP
595 E. Colorado Blvd., Ste 418, Pasadena, CA 91101
Telephone: (213) 325-3430
Email: rachel@os-legal.com

Sally J. Abrahamson (admitted *pro hac vice*)
WERMAN SALAS P.C.
335 18th Place NE, Washington, D.C. 20002
Telephone: (202) 830-2016
Email: sabrahamson@flsalaw.com

*Attorneys for Plaintiffs*

Brian P. Long, SBN 232746
bplong@seyfarth.com
SEYFARTH SHAW LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600

Andrew L. Scroggins (admitted *pro hac vice*)
ascroggins@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:     (312) 460-5000

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BO AVERY, PHOEBE RODGERS, KRISTY CAMILLERI, AND JILL UNVERFERTH, individually, on behalf of themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TEKSYSTEMS, INC., <br><br> Defendant. | Case No.: 3:22-cv-02733-JSC <br><br> **UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Hon. Jacqueline S. Corley <br><br> **Status Conference** <br> Date:     November 7, 2024 <br> Time:     9:00 a.m. <br> Courtroom: Zoom videoconference |

Plaintiffs Bo Avery, Phoebe Rodgers, Kristy Camilleri, and Jill Unverferth (hereinafter, "Plaintiffs") and TEKsystems, Inc. (hereinafter, "Defendant") (collectively, the "Parties") jointly submit this JOINT CASE MANAGEMENT CONFERENCE STATEMENT pursuant to the Court's September 23, 2024 Order Re: Plaintiffs' Motion for Partial Summary Judgment, ECF No. 128, and Civil Local Rule 16-9.

### Factual and Legal Issues

Plaintiffs represent a class of California Recruiters who work or worked for Defendant from January 28, 2018 through the final date of judgment. On September 23, 2024, the Court held that, as a matter of law, the California Recruiter class is not administratively exempt from the overtime provisions of the California Labor Code. ECF No. 128. Plaintiffs also allege that Defendant violated California wage and hour laws by failing to provide meal and rest breaks, and failing to make timely wage payments upon termination. *See* Lab. Code §§ 226.7, 512; Lab. Code §§ 201-03; Bus. & Prof. Code §§ 17200, *et seq.*; Lab. Code §§ 2698, *et seq.*

Defendant contends that the claims of 123 class members should be stayed and compelled to arbitration. On September 19, 2024, Defendant filed its Notice of Appeal from the Court's Order Denying Defendant's Motion to Compel Arbitration. Defendant's Opening Brief in the Ninth Circuit Court of Appeals is due December 12, 2024, and Plaintiff's Answering Brief is due January 13, 2025.

The Parties dispute whether the claims of the over 400 class members who are not subject to the motion to compel arbitration are required to be stayed pending the outcome of Defendant's appeal. On October 3, 2024, Defendant filed its Motion Seeking Entry of Automatic Stay Pending Appeal & Order Holding Order No. 128 in Abeyance. ECF No. 132. Plaintiffs filed their opposition brief on October 17, 2024, and Defendant filed its reply brief on October 24, 2024.

### Motions

1. **The Parties' previous motions and the Court's corresponding decisions are as follows:**

- On August 31, 2022, the Court denied Defendant's motion to transfer the case pursuant to the first-to-file rule in light of the earlier filed case *Thomas v. TEKsystems, Inc.*, 2:21-cv-00460-WSS (W.D. Pa.). ECF No. 31.

- On January 4, 2024, the Court granted in part and denied in part Plaintiffs' motion for a protective order, denying Plaintiffs' request to invalidate Defendant's arbitration agreements and to restrict communications between Defendant and putative class members about their claims in this case, but directing Defendant to disclose any such communications of Plaintiffs' counsel at the time the communications are made. ECF No. 79.

- On February 13, 2024, the Court granted Plaintiffs' motion for class certification. ECF No. 84.

- On April 9, 2024, the Court granted Plaintiffs' Motion for Approval of Proposed Class Notice, ECF No. 94.

- On August 21, 2024, the Court denied Defendant's Motion to Compel Arbitration, ECF No. 125.

- On September 23, 2024, the Court granted Plaintiffs' Motion for Partial Summary Judgment, ECF No. 128.

- Defendant's Motion Seeking Entry of Automatic Stay Pending Appeal and Order Holding Order No. 128 in Abeyance is fully briefed. The Court has not issued an order.

**2. Anticipated Motions**

None at this time.

**Status of Discovery**

In the Parties' April 11, 2024 Updated Joint Status Report, ECF No. 98, the Parties requested a period of time to conduct expert discovery, discovery of damages, and the identification and depositions of trial witnesses who have not already been deposed following the Court's decision on Plaintiffs' Motion for Partial Summary Judgment.

The Parties have scheduled a mediation with Michael Dickstein of Dickstein Dispute Resolution for April 18, 2025. The Parties are conferring about the documents and data they will need to exchange to prepare for the mediation. The Parties request that the Court stay discovery

while the mediation is pending and set a deadline for the Parties to submit a Joint Status Report following the mediation.

### Status of Settlement Discussions

The Parties have agreed to mediate the claims in this case along with the claims raised in *Thomas v. TekSystems, Inc.,* Case No. 2:21-cv-00460, a separate lawsuit pending in the United States District Court for the Western District of Pennsylvania that also raises overtime misclassification claims under the Fair Labor Standards Act and New York, Washington, Massachusetts, and Pennsylvania state law. The Parties are currently briefing Plaintiffs' Motion for Class Certification and Plaintiffs' Motion for Final FLSA Collective Certification in the *Thomas* action, and they intend to complete the briefing on or about December 16, 2024.

DATED: October 29, 2024                    Respectfully submitted,

/s/ Sally J. Abrahamson
Sally J. Abrahamson (admitted *pro hac vice*)
(sabrahamson@flsalaw.com)
WERMAN SALAS P.C.
335 18th Pl NE
Washington, D.C. 20002
Tel: (202) 830-2016
Facsimile: (312) 419-1025

*Attorney for Plaintiffs*

/s/ Andrew L. Scroggins
Andrew L. Scroggins
(ascroggins@seyfarth.com)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Attorney for Defendant*