UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BO AVERY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TEKSYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-02733-JSC<br><br>**PRETRIAL ORDER NO. 2: STAY OF DISCOVERY PENDING MEDIATION** |

The parties have scheduled private mediation in this action (and a related action in the Western District of Pennsylvania) for April 18, 2025. They jointly ask to stay the remaining discovery in this action pending that mediation. So, at the parties' request, discovery is STAYED. The Court sets a further case management conference for May 22, 2025 at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: November 7, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge