UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BO AVERY, et al.,

          Plaintiffs,

    v.

TEKSYSTEMS, INC.,

          Defendant.

Case No. 22-cv-02733-JSC

**PRETRIAL ORDER NO. 4: REVISED CASE SCHEDULE**

Following the further case management conference held on March 4, 2026, the Court ORDERS:

1. Defendant previously produced payroll data, email metadata, Connected data, Microsoft Teams metadata, and expense reimbursement data for class members not subject to Defendant's Motion to Compel Arbitration.  Defendant shall supplement the productions by March 6, 2026 with the following data for:

    a. 123 Class Members who were subject to Defendant's Motion to Compel Arbitration.

    b. 15 individuals Plaintiffs identified as potential additional Class Members, subject to confirmation that these individuals satisfy the certified class definition.

    c. Class Members identified to Defendant by Plaintiffs for potential gaps in Microsoft Teams chat data, email metadata, and Connected data, to the extent such information exists.  If Defendant asserts the data does not exist, it shall produce an affidavit explaining how it searched for the data.

2. By March 6, 2026, the Parties shall meet and confer regarding Defendant's Microsoft Single Sign-on and badge swipe data that is available to it.  If there are remaining disputes,

United States District Court
Northern District of California

the Parties should submit a joint discovery letter by March 17, 2026.

3. The Court certified a class of "all current and former Recruiters employed by Defendant in California from January 28, 2019 to the final date of judgment." (Dkt. No. 163 at 5.) Defining a class through the final date of judgment is unworkable, and Defendant also notes Recruiters hired after March 2025 are party to mutual arbitration agreements. *See Lawson v. Grubhub, Inc.*, 13 F.4th 908, 913 (9th Cir. 2021). The Parties shall meet and confer on an amended class definition and provide a joint update to the Court by March 18, 2026.

4. Additional Deadlines:

- Affirmative Expert Disclosures and Reports:            August 21, 2026
- Rebuttal Expert Disclosures and Reports:              November 20, 2026
- Damages Discovery Deadline:                           December 11, 2026
- Expert Discovery Deadline:                            December 22, 2026
- Pretrial Conference                                   April 15, 2027
- Jury Trial                                            May 3, 2027

5. The Court sets a further case management conference for July 15, 2027 at 2:00 p.m. via Zoom video. An updated statement, including the Plaintiffs' tentative proposed verdict form and initial trial plan, is due one week in advance.

**IT IS SO ORDERED.**

Dated: March 5, 2026

_Jacqueline Scott Corly_
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California

2