**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**SETTLEMENT CONFERENCE PLANNING/SCHEDULING CALL MINUTES**

| **Date:** May 27, 2026 | **Time:** 2:15 PM - 2:43 PM (28 minutes) | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 22-cv-02733-JSC | **Case Name:** Avery v. TEKsystems, Inc. | |

**For Plaintiff(s):** Douglas Werman, Sally Abrahamson
**For Defendant(s):** Andrew Scroggins

**Deputy Clerk:** Cindy C. Fan                         **Court Reporter:** Not Reported/Recorded

**PROCEEDINGS**

Further Settlement Conference Planning/Scheduling Call held via Zoom Conference Call.
No settlement conference was set as Defendant is not ready to proceed. Parties may prefer to go to private mediation. The Defendant will inform both the Court and Plaintiffs when they are prepared to go forward with either mediation or a settlement conference. The Court will follow up with the Defendant if there are no updates by 6/26/2026.