Rachel Bien (SBN 315886)
OLIVIER & SCHREIBER P.C.
595 E. Colorado Blvd., Suite 418
Pasadena, CA 91101
Tel: (213) 325-3430
Email: rachel@os-legal.com

Sally J. Abrahamson (admitted *pro hac vice*)
WERMAN SALAS P.C.
609 H Street NE, 4th Floor
Washington, D.C. 20002
Telephone: (202) 830-2016
Email: sabrahamson@flsalaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BO AVERY, PHOEBE RODGERS, KRISTY CAMILLERI, AND JILL UNVERFERTH, individually, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEKSYSTEMS, INC.,<br><br>Defendant. | Case No.: 3:22-cv-02733-JSC<br><br>**JOINT MOTION FOR CONTINUANCE OF THE JULY 15, 2026 CASE MANAGEMENT CONFERENCE AND AN EXTENSION ON THE DISCOVERY DEADLINES**<br><br>Hon. Jacqueline S. Corley |

JOINT MOTION FOR CONTINUANCE OF THE JULY 15, 2026 CASE MANAGEMENT CONFERENCE AND EXTENSION OF DISCOVERY DEADLINES
Case No. 3:22-cv-02733-JSC

1

Pursuant to Civil Local Rule 7-11, Plaintiffs Bo Avery, Phoebe Rodgers, Kristy Camilleri, and Jill Unverferth ("Plaintiffs") and Defendant TEKsystems, Inc. ("Defendant") file this Motion for Continuance of the July 15, 2026 Case Management Conference and an extension of the discovery deadlines, and in support thereof, state as follows:

1.      On February 13, 2024, the Court granted Plaintiffs' motion for class certification, ECF No. 84, and on September 23, 2024, the Court granted Plaintiffs' Motion for Partial Summary Judgment, ECF No. 128.

2.      On March 5, 2026, the Court entered the Pretrial Order No. 4: Revised Case Schedule, ECF No. 177, and set deadlines for damages and expert discovery, the trial date, and a case management conference for July 15, 2026.

3.      Since the March 4, 2026 Case Management Conference, the Parties have engaged in substantial discovery and held numerous meet and confers regarding discovery and data issues, in an attempt to collaboratively address the issues and avoid the need for Court intervention.

4.      Outstanding discovery issues necessitate additional time for expert and damages discovery and for Plaintiffs to submit a "tentative proposed verdict form and initial trial plan." ECF No. 177.

Therefore, the Parties request that:

1.      The Court continue the July 15, 2026 Conference for one month, until August 12, 2026, with the updated statement, including the Plaintiffs' tentative proposed verdict form and initial trial plan, due one week in advance.

2.      The discovery deadlines be continued by one month, such that the new deadlines would be as follows:
- Affirmative Expert Disclosures and Reports: September 21, 2026
- Rebuttal Expert Disclosures and Reports: December 18, 2026
- Damages Discovery Deadline: December 11, 2026
- Expert Discovery Deadline: January 11, 2027

The discovery deadline extensions would not affect the Pretrial Conference currently scheduled for April 15, 2027 or the Jury Trial scheduled for May 3, 2027. This is the Parties' first

JOINT MOTION FOR CONTINUANCE OF THE JULY 15, 2026 CASE MANAGEMENT CONFERENCE AND EXTENSION OF DISCOVERY DEADLINES
Case No. 3:22-cv-02733-JSC

2

request for a continuance of the Case Management Conference and their first request for an extension of the discovery deadlines.

DATED: June 23, 2026                                    Respectfully submitted,

*/s/ Sally J. Abrahamson*
Sally J. Abrahamson*
sabrahamson@flsalaw.com
Werman Salas P.C.
609 H Street NE, 4th Floor
Washington D.C. 20002
Tel.: (202) 830-2016
Fax No.: (312)-419-1025

Douglas M. Werman*
dwerman@flsalaw.com
Maureen A. Salas*
msalas@flsalaw.com
Anne Kramer (SBN 315131)
akramer@flsalaw.com
Werman Salas P.C.
77 W. Washington Street, Suite 1402
Chicago, Illinois 60602
Tel.: (312) 419-1008
Fax No.: (312) 419-1025

Sarah R. Schalman-Bergen*
ssb@llrlaw.com
Krysten Connon*
kconnon@llrlaw.com
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000,
Boston, MA 02116
Tel.: (617) 994-5800
Fax No.: (617) 994-580

Rachel Bien (SBN 315886)
rachel@os-legal.com
Olivier & Schreiber LLP
595 E. Colorado Blvd., Suite 418
Pasadena, CA 91101
Tel.: (213) 325-3430

*Attorneys for Plaintiffs and the Rule 23 Class*

JOINT MOTION FOR CONTINUANCE OF THE JULY 15, 2026 CASE MANAGEMENT CONFERENCE AND
EXTENSION OF DISCOVERY DEADLINES
Case No. 3:22-cv-02733-JSC

/s/ Andrew L. Scroggins
Andrew L. Scroggins*
ascroggins@seyfarth.com
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Phone (312) 460-5000
Fax (312) 460-7000

Brian P. Long (SBN 232746)
bplong@seyfarth.com
Seyfarth Shaw LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

*Attorneys for Defendant TEKsystems, Inc.*

*Admitted Pro hac vice*

JOINT MOTION FOR CONTINUANCE OF THE JULY 15, 2026 CASE MANAGEMENT CONFERENCE AND
EXTENSION OF DISCOVERY DEADLINES
Case No. 3:22-cv-02733-JSC

4