**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BO AVERY, PHOEBE RODGERS, KRISTY CAMILLERI, AND JILL UNVERFERTH, individually, on behalf of themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TEKSYSTEMS, INC., <br><br> Defendant. | Case No.: 3:22-cv-02733-JSC <br><br><br> **[PROPOSED] ORDER** <br><br> Hon. Jacqueline S. Corley |

Having considered the parties' Joint Motion for Continuance of the July 15, 2026 Case Management Conference and an Extension on the Discovery Deadlines ("Motion"), the Court hereby orders:

1.    The Case Management Conference is reset from July 15, 2026 until August 12, 2026.  The updated statement, including the Plaintiffs' tentative proposed verdict form and initial trial plan, is due one week in advance of the Conference.

2.    The discovery deadlines are reset as follows:

- Affirmative Expert Disclosures and Reports: September 21, 2026

- Rebuttal Expert Disclosures and Reports: December 18, 2026

- Damages Discovery Deadline: December 11, 2026

- Expert Discovery Deadline: January 11, 2027

3.    The Pretrial Conference is scheduled for April 15, 2027, and the Jury Trial is

scheduled for May 3, 2027.

**IT IS SO ORDERED.**

DATED: June 23, 2026

_____
Hon. Jacqueline Scott Corley
United States District Judge